UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

STATE OF LOUISIANA, *EX REL.*
KENNETH JAMES GUILBEAU

CIVIL ACTION

VERSUS

NO. 17-1283-SDD-RLB

BEPCO, L.P., ET AL

## RULING

The Court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Richard L. Bourgeois, Jr. dated March 23, 2018.[1]

The Court hereby approves the report and recommendation of the magistrate judge and adopts it as the Court's opinion herein. Accordingly, Defendant's Motion to Transfer Venue[2] is GRANTED, and the action is TRANSFERRED to the U.S. District Court for the Western District of Louisiana, Alexandria Division.

Signed in Baton Rouge, Louisiana, on April 19, 2018.

JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

1 R. Doc. 38
2 R. Doc. 12